IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANN FUNDERBURKE<br>and those similarly situated,<br><br>    Plaintiff,<br>v.<br><br>MIDLAND FUNDING LLC,<br><br>    Defendant. | Case No. 12-CV-2221 JAR/DJW |

### DEFENDANT MIDLAND FUNDING, LLC'S STATUS REPORT

COMES NOW, Defendant Midland Funding LLC ("Midland"), by and through undersigned counsel, and pursuant to this Court's February 1, 2013 Order, files this Status Report advising the Court whether the matter has been resolved or whether arbitration is still pending:

1. On or about May 21, 2013, Midland received a notice from the American Arbitration Association ("AAA") that Plaintiff/Petitioner Ann Funderburke ("Ms. Funderburke") had filed a claim with the AAA.

2. The parties began exchanging multiple correspondences with the AAA and Mrs. Funderburke's counsel regarding whether Ms. Funderburke's claims could be litigated on a class-wide basis in the arbitration, and the parties were also proceeding with the arbitration.

3. On or about June 3, 2013, Midland received an e-mail from Ms. Funderburke's counsel advising that Ms. Funderburke had passed away.

4. No further proceedings have occurred in the arbitration since Ms. Funderburke's passing, and Midland is respectfully waiting to hear further from Ms. Funderburke's counsel regarding what actions they intend to take to conclude the matter, if any.

Respectfully Submitted,

By:   /s/ Thomas M. Martin
Thomas M. Martin    KS# 13620
M. Cory Nelson    KS Dist. #78428
1010 Walnut, Suite 500
Kansas City, Missouri 64106
(816) 421-2500 (telephone)
(816) 472-2500 (facsimile)
tmmartin@lrf-kc.com
jebant@lrf-kc.com

ATTORNEYS FOR DEFENDANT
MIDLAND FUNDING, LLC

## CERTIFICATE OF SERVICE

I certify that on this 1st day of July, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed the document by first class mail, postage prepaid, to the following:

Charles D. Kugler
A.J. Stecklein
CONSUMER LEGAL CLINIC LLC
748 Ann Avenue
Kansas City, Kansas 66101
Telephone: (913) 371-1930
Facsimile: (913) 371-0147
CDKugler@yahoo.com
AJStecklein@gmail.com

ATTORNEYS FOR PLAINTIFF

  /s/ Thomas M. Martin
Attorney for Defendant

W:\DOCS\CLIENT\9619\23797\00045081.DOCX